UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT RUSSO, | ) | CASE NO. 1:12CV2879 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID D. DOWD |
| | ) | |
| -vs- | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| DENTAL EXPRESS, et al., | ) | |
| | ) | |
| Defendants. | ) | **REPORT AND RECOMMENDATION** |

On December 5, 2012, the Honorable United States District Judge David D. Dowd referred this case to the undersigned Magistrate Judge for general pretrial supervision. *See* Docket Entry dated 12/05/2012. On February 8, 2013, the undersigned held a Case Management Conference ("CMC") with the parties. Doc. 17. At the CMC, a settlement was agreed to by all of the parties and the terms of the settlement were memorialized on the record. Thereafter, in accordance with the undersigned's Minute Order dated February 8, 2013, (Doc. 17), the parties jointly filed a *Proposed Stipulation of Dismissal with Prejudice* on March 29, 2013. Doc. 18. Having reviewed the *Proposed Stipulation of Dismissal with Prejudice*, the undersigned recommends that the Court approve the *Stipulation* and enter an Order dismissing the case with prejudice.

Dated: April 2, 2013

Kathleen B. Burke
United States Magistrate Judge

**OBJECTIONS**

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after the party objecting has been served with a copy of this Report and Recommendation. Failure to file objections within the specified time may waive the right to appeal the District Court's order. *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); s*ee also Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).